**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

ORANGE ROSE, LLC                                      Case No.: 10-bk-24856
                                                      Chapter 11

      Debtor.
_____/

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The undersigned attorney appears in this case on behalf of Cadence Bank, N.A., as successor-in-interest to Superior Bank, N.A. (the "Bank"), and requests service of all notices, pleadings, and other papers filed in this case as required by the Federal Rules of Bankruptcy Procedure or by order of the Court.

The undersigned seeks to be substituted in place of Ronald J. Marlowe and the firm of Arnstein & Lehr, LLP to serve as counsel of record for the Bank in this cause. The Bank owns and holds the loan documents evidencing the Bank's lending relationship with Orange Rose, LLC (the "Debtor") to the extent required by law, and as evidenced by the Affidavit of Merger dated November 18, 2011 reflecting Cadence Bank, N.A. as the successor to Superior Bank, N.A., a copy of which is attached hereto as Exhibit "A."

                                                /s/ John A. Anthony
                                                **JOHN A. ANTHONY, ESQUIRE**
                                                Florida Bar Number:  0731013
                                                **ALLISON C. DOUCETTE, ESQUIRE**
                                                Florida Bar Number:  085577
                                                Anthony & Partners, LLC
                                                201 N. Franklin Street, Suite 2800
                                                Tampa, Florida 33602
                                                Telephone:  (813) 273-5616
                                                Facsimile:   (813) 221-4113
                                                Attorneys for the Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by electronic means on the 29th day of January, 2012 and/or U.S. first class mail on the 30th day of January, 2012, to:

Don M. Stichter, Esquire
Michael Hooi, Esquire
Stichter Riedel Blain & Prosser
110 E. Madison Street, Suite 200
Tampa, Florida 33602

Orange Rose, LLC
3218 W. Azeele Street
Tampa, Florida 33609

Michael A. Linsky, Esquire
Michael A. Linsky, P.A.
412 E. Madison Street, Suite 800
Tampa, Florida 33602

Robert J. Wahl, Esquire
Forizs & Dogali, P.L.
4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida 33634

Carolyn R. Chaney
P.O. Box 530248
St. Petersburg, Florida 33747

Denise E. Barnett
501 East Polk Street, Suite 1200
Tampa, Florida 33602

Nicole Peair
501 E. Polk Street, Suite 1200
Tampa, Florida 33602

L.B.R. 1007-2 Parties in Interest

/s/ John A. Anthony
**ATTORNEY**